

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 20, 2026

**BY ECF**

|  |  |
|---|---|
| Hon. Ronnie Abrams<br>United States District Judge<br>Southern District of New York<br>40 Foley Square<br>New York, NY 10007 | Application granted. The conference is adjourned to February 19, 2026 at 9:30 a.m. Time is excluded until February 19, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).<br><br>SO ORDERED.<br><br>_____<br>Ronnie Abrams, U.S.D.J.<br>January 20, 2026 |

Re: *United States v. Larry Calderon Jr.*, **25 Cr. 509 (RA)**

Dear Judge Abrams:

The parties jointly request that the status conference in this matter—which is scheduled for Friday, January 23, at 11:30 a.m.—be adjourned by approximately 30 days. Doing so will give the defense additional time to review discovery. The parties have conferred with Chambers and are available on February 19 at 9:30 a.m., if convenient for the Court.

If the Court grants the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act through the date of the rescheduled conference. Doing so will permit the defense additional time to review discovery and prepare motions. *See* 18 U.S.C. § 3161(h)(7)(A). The defense consents to the exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc (by ECF):   John Kaley, Esq.