UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LARRY CALDERON, JR.,

Defendant.

No. 25-CR-509

ORDER

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the final pretrial conference is rescheduled to October 22, 2026, at 4:00 p.m.

SO ORDERED.

Dated: August 14, 2026
New York, New York

Ronnie Abrams
United States District Judge